| | |
|---|---|
| 1 | JOSEPH J. WISEMAN, ESQ., CSBN 107403 |
| | JOSEPH J. WISEMAN, P.C. |
| 2 | 1477 Drew Avenue, Suite 106 |
| | Davis, California 95618 |
| 3 | Telephone: 530.759.0700 |
| | Facsimile: 530.759.0800 |
| 4 | |
| 5 | Attorney for Defendant |
| | THANH TAN VAN |

FILED
JUL 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 05 344 EJG |
| Plaintiff, | |
| vs. | **APPLICATION FOR ORDER EXONERATING BAIL [PROPOSED ORDER]** |
| SEREY VAN, and THANH TAN VAN, aka THOMAS VAN | |
| Defendants. | |

Defendant, **THANH TAN VAN**, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure his release in this case. Defendant is making this application on the grounds that his bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court posted to secure defendant's release has not been extinguished. Defendant is in custody serving his sentence imposed by the court.

Dated: July 3, 2007          Respectfully submitted,

By: /s/ Joseph J. Wiseman
    JOSEPH J. WISEMAN
    Attorney for Defendant
    THANH TAN VAN

1

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED: July 6, 2007

_____
EDWARD J. GARCIA
UNITED STATES DISTRICT SENIOR JUDGE

---

2

Application For Order Exonerating Bail [Proposed Order]                                    CR. S-05 344 EJG