JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone: 530.759.0700
Facsimile: 530.759.0800

**Attorney for Defendant**
**THANH TAN VAN**

FILED

DEC 3 1 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEREY VAN, and<br>THANH TAN VAN,<br>aka THOMAS VAN<br><br>　　　　Defendants. | Case No. CR.S 05 344 EJG<br><br>**APPLICATION FOR ORDER EXONERATING BAIL [PROPOSED ORDER]** |

Defendant, **THANH TAN VAN**, by and through undersigned counsel, applies for an Order from this court exonerating the bail posted to secure his release in this case. The posted bail consists of a Deed of Trust for property located in Stockton, California; **Deed Number: 2005-295188**. The Receipt Number for the posted real property bail is 204 10248.

Defendant is making this application on the grounds that the Order previously signed by the court did not note the specific Deed Number of the real property Defendant posted for bail, and, consequently, the Clerk of Court did not release the property. Accordingly, the lien in favor of the Clerk of Court posted to secure THANH TAN VAN's release has not been extinguished.

/ / / / /

/ / / / /

/ / / / /

1

1  Defendant has completed the sentenced imposed by the court and is currently on Supervised
2  Release.

4  Dated: November 6, 2009                    Respectfully submitted,

                                         By:   /s/ Joseph J. Wiseman
                                               JOSEPH J. WISEMAN
                                               Attorney for Defendant
                                               THANH TAN VAN

### ORDER

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail consisting of a Deed of Trust for the real property located in Stockton, California, Deed Number: 2005-295188, which was posted in case No. CR.S 05 344 EJG to secure the release of THANH TAN VAN is EXONERATED.

DATED: Dec 16, 2009

EDWARD J. GARCIA
UNITED STATES DISTRICT SENIOR JUDGE